United States District Court

Southern District of Florida

Fort Lauderdale Division

UNITED STATES OF AMERICA

v. Case No. 17-60030-CR-DIMITROULEAS/SNOW

NIGEL RUDOLPH SIMPSON,

Defendant.

______________________________

# DEFENDANT'S MOTION FOR CONTINUANCE OF CALENDAR CALL AND TRIAL

COMES NOW defendant Nigel Rudolph Simpson, by and through his undersigned counsel of record, Burt H. Stutchin, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully moves the Court for a continuance of the calendar call presently scheduled for March 15, 2017 and the trial presently scheduled for March 20, 2017. As grounds for this Motion, counsel submits the following Memorandum in Support:

## MEMORANDUM IN SUPPORT

1. Defendant is charged in a one count Indictment with knowingly procuring or attempting to procure naturalization and citizenship contrary to law, in violation of 18 U.S.C. §1425(a)
2. Defendant is presently at liberty on a signature bond.
3. Defendant was only arraigned two days ago and I have not yet received any discovery from the Government.
4. Counsel has attempted to confer with AUSA Monica Beamer, but was unable to reach her. Presumably, she would not object to the first continuance of this matter as a professional courtesy.
5. I am moving my residence to the West Coast of Florida and have scheduled the sale of my current home for 3/10/17 and the purchase for 3/13/17. I have several truckloads of personal possessions to transport and unpack and have hired assistants. It would be extremely difficult for me to appear as presently scheduled for the calendar call or to properly prepare this matter for trial under these circumstances.
6. For the foregoing reasons, counsel respectfully requests a continuance of the calendar call and of the trial date for at least two weeks.

WHEREFORE, defendant respectfully prays for an Order continuing the calendar call and the trial for at least two weeks, and for such other and further relief as to the Court may seem just and proper in the circumstances.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 15th day of February, 2017, the undersigned served the foregoing Motion and Memorandum in Support by electronically filing same with the Clerk of the Court via CM/ECF system

which sent notification of such filing to all counsel of record.

Respectfully submitted,

Burt H. Stutchin, Esq.
Attorney for Defendant Nigel Rudolph Simpson
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
Tel: (954) 376-6600
Fax: (954) 653-8396
Email:
Fl. Bar No. 0038602