**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-60030-CR-DIMITROULEAS/SNOW**

**UNITED STATES OF AMERICA**

**v.**

**NIGEL RUDOLPH SIMPSON,**

**Defendant.**
**______________________________________/**

## RESPONSE TO MOTION TO CONTINUE

COMES NOW the United States, by the undersigned Special Assistant United States Attorney, and hereby advises the Court that the United States does not object to the Defendant's Motion to Continue in this matter.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/Michele S. Vigilance
MICHELE S. VIGILANCE
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court No. A5502091
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9279
Fax: (305) 530-7976