United States District Court

Southern District of Florida

Fort Lauderdale Division

UNITED STATES OF AMERICA

v. Case No. 17-60030-CR-DIMITROULEAS/SNOW

NIGEL RUDOLPH SIMPSON,

Defendant.

______________________________

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT**

COMES NOW undersigned counsel of record for Defendant NIGEL RUDOLPH SIMPSON, and hereby respectfully moves the Court for an Order permitting him to withdraw as attorney of record for the defendant and respectfully alleges as follows:

1. Defendant is charged in a one count Indictment with knowingly procuring or attempting to procure naturalization and citizenship contrary to law, in violation of 18 U.S.C. §1425(a)

2. Defendant is presently at liberty on a signature bond.
3. Defendant retained undersigned counsel on February10, 2017 and contracted to make payments toward the agreed legal fee for representation in this matter.
4. Defendant has failed to honor the payment schedule set forth in the Retainer Agreement in this matter.
5. For these reasons, it is not advisable for counsel to continue to represent the defendant in this matter and counsel should be granted permission to withdraw.

WHEREFORE, Defense Counsel, Burt H. Stutchin respectfully requests this Honorable Court to 1) enter an order allowing Defense Counsel to withdraw as attorney of record in the above referenced matter; 2) enter an order relieving Defense Counsel from all legal obligations in regards to the above referenced matter; and 3) provide any further relief this Court deems just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been electronically served to all counsel of record Via the CM/ECF system on this 21st day of March, 2017 and via email to the defendant at tyvoughn25@yahoo.com the address designated by defendant to receive communication from my office.

Burt H. Stutchin, Esq.
Attorney for Defendant
4001 Marianne Key Road
Punta Gorda, FL 33955
Phone: (954) 376-6600
Email: burths@earthlink.net

By:________________________
Burt H. Stutchin, Esq.
Florida Bar No. 0038602